# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Mag. No. 17-7142 |
| | : | |
| LAMONT STEPHENSON | : | **CRIMINAL COMPLAINT** |

I, Keith Watkins, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about October 17, 2014, in Essex County, in the District of New Jersey, and elsewhere, defendant LAMONT STEPHENSON

> did knowingly and willfully move and travel in interstate and foreign commerce with the intent to avoid prosecution under the laws of New Jersey for a crime which is a felony under the laws of that state, specifically murder, in violation of N.J.S.A. 2C:11-3a(1)/(2)

In violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

_____
Keith Watkins, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed,
This 8th day of September 2017 in New Jersey

_____
HONORABLE CATHY L. WALDOR
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

      I, Keith Watkins, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. I have set forth only the facts which I believe are necessary to establish probable cause. Unless specifically indicated, all dates described in this affidavit are approximate, and all conversations and statements described in this affidavit are related in substance and in part.

      1.     Defendant LAMONT STEPHENSON ("STEPHENSON") is a resident of Essex County, New Jersey.  On or about October 17, 2014, STEPHENSON is alleged to have murdered another individual (the "VICTIM") at a residence located in or around Newark, New Jersey (the "Residence").

      2.     On October 17, 2014 at approximately 5:30 p.m., Newark Police Department officers were dispatched to the Residence, where the VICTIM was found unresponsive.  The VICTIM'S dog was also found unresponsive at the Residence.  EMS units transported the VICTIM to University Hospital, where the VICTIM was pronounced dead at approximately 6:00 p.m.

      3.     On the evening of October 17, 2014, STEPHENSON'S phone was pinging at Newark Penn Station.  Soon thereafter the phone went off network and stopped issuing a signal.

      4.     On or about November 3, 2014, STEPHENSON was charged in a criminal complaint in the State of New Jersey, by the Essex County Prosecutor's Office with multiple counts, including murder, in violation of N.J.S.A. 2C:11-3.

      5.     Local law enforcement has not been able to locate and arrest STEPHENSON since the issuance of the arrest warrant in connection with the state charges.

      6.     STEPHENSON'S family, friends, and work colleagues located in New Jersey who have been interviewed by law enforcement have reported that they have not seen or heard from STEPHENSON since the date of the murder.

      7.     STEPHENSON has relatives living in North Carolina, Virginia, and South Carolina, including an immediate relative who lives in Virginia ("Relative-1").

8. In early 2015, the local news media in Virginia aired pictures of STEPHENSON. Several individuals reported to Virginia authorities that they believed they had seen STEPHENSON in Virginia.[1]

9. In approximately July of 2017, a relative of the VICTIM reported to law enforcement seeing STEPHENSON in or around Myrtle Beach, South Carolina.

10. Based on my training and experience, given that local law enforcement personnel have been unable to find STEPHENSON, and the investigation described above indicates STEPHENSON has fled the State of New Jersey, there is probable cause to believe that STEPHENSON has traveled interstate to avoid arrest and prosecution for the state charges pending against him in New Jersey.

---

[1] Relative-1 told Virginia authorities that Relative-1 has not seen or heard from STEPHENSON since the murder.